# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARMIS ARRENDONDO,

    Plaintiff,

v.

DWIGHT NEVEN, *et al.*,

    Defendants.

Case No. 2:09-CV-02158-KJD-VCF

**ORDER**

    Presently before the Court is Defendants' Motion to File Supplemental Motion for Summary Judgment (#46). Having read and considered the motion and good cause being found, the Court grants the motion. Defendant shall file its Supplemental Motion for Summary Judgment within five (5) days of the entry of this order.

**IT IS SO ORDERED.**

    DATED this 24th day of October 2011.

_____
Kent J. Dawson
United States District Judge